PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS IRIBE,<br><br>        Defendant. | CASE NO.  2:22-CR-00164-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 15, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 15, 2023.

2. By this stipulation, defendant now moves to continue the status conference until July 13, 2023, at 9:00 a.m., and to exclude time between May 15, 2023, and July 13, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports and physical evidence. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

      b)      Counsel for defendant desires additional time meeting with his client, review the charges and the discovery, conduct defense investigation, and otherwise prepare for trial.

      c)      The parties have not yet reached an agreement about whether this case is going to resolve or proceed to trial so further time in necessary to allow the parties to explore resolution prior to advising the Court of how the matter should proceed.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2023 to July 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2023              PHILLIP A. TALBERT
                                United States Attorney

                                /s/ JUSTIN L. LEE
                                JUSTIN L. LEE
                                Assistant United States Attorney

Dated: May 2, 2023              /s/ TIM F. TUITAVUKI
                                TIM F. TUITAVUKI
                                Counsel for Defendant
                                JESUS IRIBE

## ORDER

IT IS SO ORDERED this 2nd day of May, 2023.

                                /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE