1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:22-CR-00164-DJC

12                        Plaintiff,   STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL
13              v.                     ACT; ORDER

14  JESUS IRIBE,                       DATE: July 13, 2023
                                       TIME: 9:00 a.m.
15                        Defendant.   COURT: Hon. Daniel J. Calabretta

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.     By previous order, this matter was set for status on July 13, 2023.

21       2.     By this stipulation, defendant now moves to continue the status conference

22  until September 28, 2023, at 9:00 a.m., and to exclude time between July 13, 2023, and

23  September 28, 2023, under Local Code T4.

24       3.     The parties agree and stipulate, and request that the Court find the

25  following:

26            a)     The government has represented that the discovery associated with

27       this case includes law enforcement reports and physical evidence.  All of this

28       discovery has been either produced directly to counsel and/or made available for

1  inspection and copying.

2      b)      Counsel for defendant desires additional time meeting with his client,

3  review the charges and the discovery, conduct defense investigation, and otherwise

4  prepare for trial.

5      c)      The parties have not yet reached an agreement about whether this

6  case is going to resolve or proceed to trial so further time in necessary to allow the

7  parties to explore resolution prior to advising the Court of how the matter should

8  proceed.

9      d)      Counsel for defendant believes that failure to grant the above-

10  requested continuance would deny him/her the reasonable time necessary for

11  effective preparation, taking into account the exercise of due diligence.

12      e)      The government does not object to the continuance.

13      f)      Based on the above-stated findings, the ends of justice served by

14  continuing the case as requested outweigh the interest of the public and the

15  defendant in a trial within the original date prescribed by the Speedy Trial Act.

16      g)      For the purpose of computing time under the Speedy Trial Act, 18

17  U.S.C. § 3161, et seq., within which trial must commence, the time period of July

18  13, 2023 to September 28, 2023, inclusive, is deemed excludable pursuant to 18

19  U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

20  granted by the Court at defendant's request on the basis of the Court's finding that

21  the ends of justice served by taking such action outweigh the best interest of the

22  public and the defendant in a speedy trial.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  July 10, 2023                                    PHILLIP A. TALBERT
                                                           United States Attorney
8
                                                           /s/ JUSTIN L. LEE
9                                                          JUSTIN L. LEE
                                                           Assistant United States Attorney
10

11

12  Dated:  July 10, 2023                                   /s/ TIM F. TUITAVUKI
                                                           TIM F. TUITAVUKI
13                                                         Counsel for Defendant
                                                           JESUS IRIBE
14

15

16                                    **ORDER**

17    IT IS SO ORDERED this 11th day of July, 2023.

18

19                                                         /s/ Daniel J. Calabretta

20                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28