PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00164-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | DATE: September 28, 2023 |
| JESUS IRIBE, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 28, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until November 2, 2023, at 9:00 a.m., and to exclude time between September 28, 2023, and November 2, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes law enforcement reports and physical evidence. All of this discovery has been either produced directly to counsel and/or made available for

1    inspection and copying.

2           b)      The parties are seeking a continuance to explore a resolution of the

3    matter.  Counsel for defendant desires additional time to meet with his client to

4    discuss resolution and conduct investigation and research related to the proposed

5    resolution.

6           c)      The parties have not yet reached an agreement about whether this

7    case is going to resolve or proceed to trial so further time in necessary to allow the

8    parties to explore resolution prior to advising the Court of how the matter should

9    proceed.

10          d)      Counsel for defendant believes that failure to grant the above-

11   requested continuance would deny him/her the reasonable time necessary for

12   effective preparation, taking into account the exercise of due diligence.

13          e)      The government does not object to the continuance.

14          f)      Based on the above-stated findings, the ends of justice served by

15   continuing the case as requested outweigh the interest of the public and the

16   defendant in a trial within the original date prescribed by the Speedy Trial Act.

17          g)      For the purpose of computing time under the Speedy Trial Act, 18

18   U.S.C. § 3161, et seq., within which trial must commence, the time period of

19   September 28, 2023 to November 2, 2023, inclusive, is deemed excludable pursuant

20   to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

21   continuance granted by the Court at defendant's request on the basis of the Court's

22   finding that the ends of justice served by taking such action outweigh the best

23   interest of the public and the defendant in a speedy trial.

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 25, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney

Dated:  September 25, 2023                    /s/ TIM F. TUITAVUKI
                                              TIM F. TUITAVUKI
                                              Counsel for Defendant
                                              JESUS IRIBE

## ORDER

IT IS SO ORDERED this 25th day of September, 2023.

                                              /s/ Daniel J. Calabretta
                                              HON. DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE