1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:22-CR-00164-DJC

12                      Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL
13           v.                        ACT; ORDER

14  JESUS IRIBE,                       DATE: November 2, 2023
                                       TIME: 9:00 a.m.
15                      Defendant.     COURT: Hon. Daniel J. Calabretta

16

17                         **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on November 2, 2023.

21       2.      By this stipulation, defendant now moves to continue the status conference

22  until December 14, 2023, at 9:00 a.m., and to exclude time between November 2, 2023, and

23  December 14, 2023, under Local Code T4.

24       3.      The parties agree and stipulate, and request that the Court find the

25  following:

26           a)      On September 28, 2023, the United States conveyed a written plea

27  agreement to defense counsel.  On October 23, 2023, the parties met and conferred

28  regarding the plea agreement.  Counsel for the defendant relayed that he has not

had sufficient time to review all of the terms of the plea agreement and respond to questions from the defendant.  Accordingly, counsel for the defendant is requesting a continuance to allow him additional time to meet with the defendant and determine whether the defendant wants to accept the plea agreement or set the matter for trial.  The parties anticipate presenting a plea agreement or setting the matter for trial at the December 14, 2023 status hearing.

b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 2, 2023 to December 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 24, 2023                          PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
                                                 Assistant United States Attorney


Dated:  October 24, 2023                          /s/ TIM F. TUITAVUKI
                                                 TIM F. TUITAVUKI
                                                 Counsel for Defendant
                                                 JESUS IRIBE




                                   **ORDER**

IT IS SO ORDERED this 24th day of October, 2023.


                                                 /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE